[No. 70057-0-I.   Division One.   April 28, 2014.]

*In the Matter of the Marriage of* BEVERLY L. ANDERSON, *Respondent,* and ROBERT E. ANDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-3-04342-1, Deborah D. Fleck, J., entered February 19, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Verellen, A.C.J., and Appelwick, J.

[No. 70108-8-I.   Division One.   April 28, 2014.]

THE STATE OF WASHINGTON, *Respondent,* v. VICTOR L. FERNANDEZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 12-1-02921-7, Laura Gene Middaugh, J., entered February 22, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Verellen, A.C.J., and Appelwick, J.

[Nos. 70111-8-I; 70292-1-I.   Division One.   April 28, 2014.]

THE BANK OF NEW YORK MELLON, *as Successor in Interest and Trustee,* ET AL., *Respondents,* v. DAVID MURESAN ET AL., *Appellants.*

Appeals from a judgment of the Superior Court for Island County, No. 12-2-00541-3, Vickie I. Churchill, J., entered March 25, 2013. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Schindler, JJ.

[No. 70205-0-I.   Division One.   April 28, 2014.]

REGINALD K. WREN ET AL., *Respondents,* v. TAMMY S. BLAKEY ET AL., *Defendants,* RUSSELL JAMES JENSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-03262-1, Ellen J. Fair, J., entered March 12, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Becker and Appelwick, JJ.